UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISMAIL SALI, ) <br> ) <br> Defendant. ) | No. CR11-316-RSL <br><br> ORDER GRANTING MOTION TO MODIFY CONDITION OF APPEARANCE BOND |

THE COURT has considered the motion to modify the condition of the defendant's Appearance Bond, and records and files herein.

THE COURT GRANTS Mr. Sali's request to modify the condition of his Appearance Bond, to allow Mr. Sali to live in his apartment in Lynnwood, Washington as specified in his motion. All other conditions of Mr. Sali's Appearance Bond shall remain.

DONE this 2nd day of May, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Ismail Sali

ORDER GRANTING MOTION TO MODIFY
CONDITION OF APPEARANCE BOND - 1
*USA v. Sali* / CR11-316-RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100