HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR11-316-RSL |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION TO MODIFY TERMS OF |
| v. | ) SUPERVISED RELEASE |
| ISMAIL SALI, | ) |
| Defendant. | ) |

THE COURT has considered the motion to modify the terms of pretrial release and the records and files herein.

THE COURT GRANTS the request to modify the terms of supervised release to allow Mr. Sali to travel to Romania for 60 days.

DONE this ___21st___ day of August, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Greg Geist*
Assistant Federal Public Defender
Attorney for Ismail Sali

ORDER GRANTING MOTION TO MODIFY
TERMS OF SUPERVISED RELEASE  - 1
*USA v. Sali* / CR11-316-RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**